Dismissed; Opinion issued September 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00195-CV

QUANECO VI, LLP, AND QUANTUM 2004 PRODUCTION PROGRAM, Appellants

V.

ROBERT COUCH, INDIVIDUALLY AND D/B/A COUCH OIL & GAS,
OIL2HOLDINGS, INC., CHARLES COUCH, INDIVIDUALLY AND D/B/A
COUCH OIL & GAS, AND COUCH OIL & GAS, INC., Appellees

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-09597

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy

The Court has before it appellants' motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a).

We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120195F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

QUANECO VI, LLP AND QUANTUM 2004 PRODUCTION PROGRAM, Appellants

No. 05-12-00195-CV    V.

ROBERT COUCH, INDIVIDUALLY AND D/B/A COUCH OIL & GAS, OIL2HOLDINGS, INC., CHARLES COUCH, INDIVIDUALLY AND D/B/A COUCH OIL & GAS, AND COUCH OIL & GAS, INC., Appellees

Appeal from the 192nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-08-09597).
Opinion delivered per curiam before Justices Morris, Francis, and Murphy.

Based on the Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that appellees recover their costs of this appeal from appellants, unless the parties' agreement provides otherwise.

Judgment entered September 11, 2012.

_____
MARY MURPHY
JUSTICE